UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT
INDIANAPOLIS
10 DEC 16 PM 1:55
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| ALINA C. COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A. and LVNV FUNDING LLC,<br><br>Defendants. | CASE NO.<br><br>COMPLAINT<br><br>1:10-cv-1628jms-DML |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for statutory and actual damages, punitive damages, costs of the action and a reasonable attorney's fee brought by Plaintiff Alina C. Collins for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendants.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331 and 1337.

### III. PLAINTIFFS

3. Plaintiff Alina C. Collins is a natural person residing in Lafayette, Indiana.

### IV. DEFENDANTS

4. Defendant Weltman, Weinberg & Reis Co., L.P.A. (hereinafter "Weltman, Weinberg") is a for-profit foreign professional corporation with its principal place of business in Cleveland, Ohio.

5. At all times relevant herein, Weltman, Weinberg was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

6. Defendant LVNV Funding, LLC (hereinafter "LVNV") is a for-profit foreign limited liability corporation with its principal place of business in Greenville, South Carolina.

7. At all relevant times herein, LVNV was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

## V. STATEMENT OF FACTS

8. In November, 2010, Weltman, Weinberg filed a debt collection lawsuit, Cause No. 49K03-1011-SC-006624, on behalf of LVNV against Plaintiff in Marion County Small Claims Court, Lawrence Township Division.

9. LVNV is not licensed as a collection agency in the State of Indiana.

## VI. CLAIMS FOR RELIEF

### A. Fair Debt Collection Practices Act - LVNV

10. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through nine above.

11. LVNV violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    a. Filing a lawsuit against Plaintiff, and thereby conducting a collection agency, without being licensed in the State of Indiana as required by Indiana Code § 25-11-1-7 in violation of 15 U.S.C. § 1692d, 15 U.S.C. § 1692e and 15 U.S.C. § 1692f.

12. As a result of the violation of the Fair Debt Collection Practices Act, LVNV is liable to Plaintiff for her actual damages, statutory damages, punitive damages, costs, attorney fees and all other appropriate relief.

### B. Fair Debt Collection Practices Act – Weltman, Weinberg

13. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through nine above.

14. Weltman, Weinberg violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    a. Filing an illegal lawsuit against Plaintiff on behalf of LVNV in violation of 15 U.S.C. § 1692d, 15 U.S.C. § 1692e and 15 U.S.C. § 1692f.

15. As a result of the violation of the Fair Debt Collection Practices Act, Weltman, Weinberg is liable to Plaintiff for her actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants in an amount that will compensate her for her actual damages, statutory damages, punitive damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

Robert E. Duff, Atty No. 16592-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
380 Mount Zion Road, Suite C
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com